**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**ISIAH V. WILLIAMS,**

        **Plaintiff(s),**

**CASE NUMBER: 05-72072**

**HON. VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**

                                /

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On July 26, 2006, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation **[Doc. 23]** recommending that the Court grant Defendant's Motion to Dismiss **[11]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation.

The Court, therefore, **GRANTS** Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

                                                  **S/Victoria A. Roberts**
                                                  **Victoria A. Roberts
United States District Judge**

**Dated: August 23, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 23, 2006.**
>
> **S/Carol A. Pinegar
> Deputy Clerk**